IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER GLENN,

      Plaintiff,

  v.

DOCTOR BURNSTEIN, UNKNOWN
HIRING MANAGER / OPERATIONS
MANAGER

      Defendants.

2:22-CV-00695-CCW

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 3, 2023, the Magistrate Judge issued a Report, ECF No. 45, recommending that Plaintiff Christopher Glenn's Complaint, ECF No. 5, be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Service of the Report and Recommendation was made on the parties, and no objections were filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Complaint, ECF No. 5, is DISMISSED WITH PREJUDICE, and the Magistrate Judge's Report and Recommendation, ECF No. 45, is adopted as the Opinion of the District Court.

2

IT IS SO ORDERED.

DATED this 16th day of June, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via United States mail):

Christopher Glen, pro se
QN 9034
SCI-Phoenix
1200 Mokychic Drive
Collegeville, PA 19426